Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VERA CARLSON

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 10-1039-HO

ORDER GRANTING
ATTORNEYS' FEES UNDER
42 U.S.C. § 406(b)

Attorneys' fees in the amount of $28,006.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $6,657.59 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $21,348.91 minus any applicable processing fees as allowed by statute.

DATED this 18 day of Oct., 2011

/s/ Michael K. Hogan
United States District Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES